IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETH FOX, | : | 2:21-cv-04196-JMY |
| Plaintiff, | : | |
| v. | : | |
| GO2U ABA HOME THERAPY INC., | : | |
| Defendant. | : | |

# NOTICE OF DISMISSAL

Beth Fox ("Plaintiff") hereby voluntarily dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: December 7, 2021

Respectfully,

*/s/ Peter Winebrake*

_____
Peter Winebrake
Winebrake & Santillo, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
(215) 884-2491

Plaintiff's Lawyer